UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>JESUS PEREZ,<br>　　　　Defendant. | Case No. 11-cr-00572-SI-9<br><br>**ORDER RE: SENTENCING** |

　　　　Defendant Jesus Perez wrote letters to the Court on November 13, 2014 and December 8, 2014 regarding a purported error with his scheduled release date. Docket Nos. 215, 217. Defendant claims that he did not receive credit for time served in federal custody from June 6, 2012 to May 13, 2013, and requests "a document of court transcripts of [his] sentencing" in order to help him resolve the issue. On December 17, 2014, the Court ordered the government to respond to defendant's letters. Docket No. 218. On December 23, 2015, the government replied, noting that the issue the defendant raises likely stems from the fact that he was "sentenced to two different sentences, for two separate offenses, by two different courts," one state (Sonoma County, assault with a firearm) and one federal (this case, for violation of 21 U.S.C. § 843(b)) Docket No. 220 at 1. The government makes a number of recommendations, which the Court adopts and therefore ORDERS the following:

　　1.　　Defendant shall be provided with a copy of his PSR.

　　2.　　Defendant shall be provided with a copy of the transcript of his sentencing hearing before this Court.

3. The Bureau of Prisons shall take the Court's comments at sentencing into account in determining the total duration of the defendant's sentence.

**IT IS SO ORDERED.**

Dated: May 14, 2015

_____
SUSAN ILLSTON
United States District Judge